

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2016

No. 04-07-00825-CR

Stephanie **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 00-08-00096-CRK-A
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellant's "Motion for Reopening the Time to File an Appeal" is dismissed. This court does not have jurisdiction over felony post-conviction habeas proceedings under article 11.07 of the Texas Code of Criminal Procedure.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2016.

_____
Keith E. Hottle
Clerk of Court